IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TEARIE REGISTER, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-304 (MTT) |
| | * | |
| MACON-BIBB COUNTY, | | |
| | * | |
| Defendant. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 19th day of August, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk